1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

INFRINGEMENT CLAIM CHART FOR CLAIMS 10-14

| US Patent US RE41,685 | | FluxSmart Bluetooth Smart LED Light Bulb |
|---|---|---|
| 10. A light source | | The FluxSmart Bluetooth Smart LED Light Bulb, 2nd Generation Bulb is a light source. |
| comprising: an optical cavity; | Optical cavity. | The opaque plastic dome creates an optical cavity. |
| a plurality of first light-emitting diodes each of which is a phosphor light-emitting diode that emits white light, | White phosphor LEDs. | The bulb has 15 SMD (surface mounted diodes) chips.<br><br>Each chip has a first phosphor LED that emits white light. |

| | | |
|---|---|---|
| *each first light-emitting diode comprising a diode encased in a light-transmitting package;* |  | Each first LED is encased in a light transmitting package. |
| *a plurality of second light-emitting diodes each of which emits non-white light, each second light-emitting diode comprising a diode encased in a light-transmitting package;* |  | Each bulb has five tri-LED SMD chips.<br><br>Each tri-LED chip has a second non-white (red) LED encased in a light transmitting package. |
| *wherein the first and second light-emitting diodes are arranged to emit light into the optical cavity such that mixing of spectral outputs from the first and second light-emitting diodes occurs in the optical cavity.* |  | The White LED diodes and the Tri-LED red, green, and blue chips are arranged geometrically to mix the light spectral outputs within the optical cavity. |

| | | |
|---|---|---|
| *11. A light source of claim 10, further comprising at least one third light-emitting diode having a spectral output different from those of the first and second light-emitting diodes.* |  | Each tri-LED SMD chip has a third LED (green) that has a spectral output different than the first (white) and second (red) LED's. |
| *12. A light source of claim 11, wherein the spectral output of the second light-emitting diodes is a red output.* |  | Each tri-LED chip has a second non-white (red) LED encased in a light transmitting package. |
| *13. A light source of claim 11, wherein the spectral output of the third light-emitting diode is a green output.* |  | Each tri-LED chip has a third (green) LED encased in a light transmitting package. |

| | | |
|---|---|---|
| *14. A light source of claim 13, further comprising at least one fourth light-emitting diode having a blue output.* |  | Each tri-LED chip has a fourth (blue) LED encased in a light transmitting package. |